394 U.S. 836 (1969)
UNITED STATES
v.
LOUISIANA ET AL. (TEXAS BOUNDARY CASE).
No. 9, Orig.
Supreme Court of United States.
Decided May 31, 1960, December 4, 1967, and March 3, 1969.
Decree Entered December 12, 1960.
Supplemental Decree Entered May 5, 1969.
For the purpose of giving effect to the conclusions of this Court as stated in its opinions announced December 4, 1967, and March 3, 1969, supplementing the decree entered herein on December 12, 1960, it is ordered, adjudged and decreed as follows:
1. As against the State of Texas, the United States is entitled to
(a) All the lands, minerals and other natural resources underlying the Gulf of Mexico that are more than three marine leagues gulfward from the present or future coastline as referred to in § 2 (c) of the Submerged Lands Act, 67 Stat. 29, 43 U. S. C. § 1301 (c); and
(b) All the lands, minerals and other natural resources underlying the Gulf of Mexico, more than three geographical miles gulfward from the present or future coastline as referred to in § 2 (c) of the Submerged Lands Act, 43 U. S. C. § 1301 (c), that are gulfward of the following line:
Beginning at a point on the international boundary with Mexico (wherever that boundary may be located), three marine leagues gulfward from the point x = 2,447,033, y = 105,994 (Texas Plane Coordinate System, South Zone), latitude 25°57'05.90" N., longitude 97°08'22.85" W., and proceeding thence northwardly and eastwardly as follows:

_______________________________________________________________________________________________________________
 South Zone
 Course ____________________ Latitude Longitude
 x y
_______________________________________________________________________________________________________________
 1. By arc centered at__________ 2,447,033 105,994 25°57'05.90" 97°08'22.85"
 to__________________________ 2,498,223 125,226 26°00'10.59" 96°58'59.59"
 2. By straight line to_________ 2,498,068 126,760 26°00'25.80" 96°59'01.09"

*837
_______________________________________________________________________________________________________________
 South Zone
 Course ____________________ Latitude Longitude
 x y
_______________________________________________________________________________________________________________
 3. By arc centered at__________ 2,443,661 121,256 25°59'37.4" 97°08'58.0"
 to__________________________ 2,497,383 131,474 26°01'12.56" 96°59'07.98"
 4. By straight line to_________ 2,497,076 135,704 26°01'54.49" 96°59'10.78"
 5. By straight line to_________ 2,497,119 137,947 26°02'16.70" 96°59'10.02"
 6. By straight line to_________ 2,497,240 139,652 26°02'33.58" 96°59'08.47"
 7. By arc centered at__________ 2,442,693 143,530 26°03'18.1" 97°09'06.0"
 to__________________________ 2,496,942 150,421 26°04'20.26" 96°59'10.32"
 8. By straight line to_________ 2,496,723 152,145 26°04'37.36" 96°59'12.50"
 9. By arc centered at__________ 2,442,474 145,254 26°03'35.2" 97°09'08.2"
 to__________________________ 2,496,370 154,510 26°05'00.83" 96°59'16.06"
 10. By straight line to_________ 2,495,553 159,267 26°05'48.04" 96°59'24.39"
 11. By arc centered at__________ 2,441,657 150,011 26°04'22.4" 97°09'16.6"
 to__________________________ 2,495,161 161,316 26°06'08.37" 96°59'28.42"
 12. By straight line to_________ 2,494,875 162,668 26°06'21.79" 96°59'31.38"
 13. By straight line to_________ 2,494,746 163,636 26°06'31.39" 96°59'32.67"
 14. By straight line to_________ 2,492,451 182,957 26°09'43.01" 96°59'55.32"
 15. By arc centered at__________ 2,438,148 176,509 26°08'45.2" 97°09'52.0"
 to__________________________ 2,492,330 183,907 26°09'52.44" 96°59'56.52"
 16. By straight line to_________ 2,490,612 196,490 26°11'57.26" 97°00'13.74"
 17. By arc centered at__________ 2,436,430 189,092 26°10'50.0" 97°10'09.4"
 to__________________________ 2,490,574 196,764 26°11'59.99" 97°00'14.12"
 18. By straight line to_________ 2,488,714 209,890 26°14'10.20" 97°00'32.84"
 19. By arc centered at__________ 2,434,570 202,218 26°13'00.2" 97°10'28.3"
 to__________________________ 2,488,423 211,722 26°14'28.37" 97°00'35.80"
 20. By straight line to_________ 2,486,399 223,191 26°16'22.20" 97°00'56.54"
 21. By arc centered at__________ 2,432,546 213,687 26°14'54.0" 97°10'49.2"
 to__________________________ 2,486,322 223,615 26°16'26.40" 97°00'57.33"
 22. By straight line to_________ 2,484,084 235,738 26°18'26.73" 97°01'20.36"
 23. By arc centered at__________ 2,430,308 225,810 26°16'54.3" 97°11'12.4"
 to__________________________ 2,483,535 238,353 26°18'52.69" 97°01'26.05"
 24. By straight line to_________ 2,478,947 257,823 26°22'06.05" 97°02'13.99"
 25. By arc centered at__________ 2,425,720 245,280 26°20'07.6" 97°12'00.6"
 to__________________________ 2,478,775 258,531 26°22'13.09" 97°02'15.79"
 26. By straight line to_________ 2,475,739 270,687 26°24'13.83" 97°02'47.63"
 27. By arc centered at__________ 2,422,684 257,436 26°22'08.3" 97°12'32.6"
 to__________________________ 2,475,708 270,811 26°24'15.06" 97°02'47.96"
 28. By straight line to_________ 2,472,116 285,051 26°26'36.50" 97°03'25.67"
 29. By arc centered at__________ 2,419,092 271,676 26°24'29.7" 97°13'10.5"
 to__________________________ 2,471,287 287,990 26°27'05.71" 97°03'34.42"
 30. By straight line to_________ 2,466,585 303,033 26°29'35.22" 97°04'24.28"
 31. By straight line to_________ 2,461,419 319,706 26°32'20.92" 97°05'19.08"
 32. By arc centered at__________ 2,409,184 303,522 26°29'46.1" 97°14'56.0"
 to__________________________ 2,461,209 320,369 26°32'27.52" 97°05'21.31"
 33. By straight line to_________ 2,450,926 352,124 26°37'43.15" 97°07'10.71"
 34. By arc centered at__________ 2,398,901 335,277 26°35'01.6" 97°16'45.8"
 to__________________________ 2,449,710 355,498 26°38'16.70" 97°07'23.71"
 35. By straight line to_________ 2,447,122 362,000 26°39'21.38" 97°07'51.45"
 36. By straight line to_________ 2,445,524 366,527 26°40'06.38" 97°08'08.52"
 37. By straight line to_________ 2,442,108 376,994 26°41'50.42" 97°08'44.95"
 38. By straight line to_________ 2,437,787 392,060 26°44'20.08" 97°09'30.83"
 39. By straight line to_________ 2,437,079 394,740 26°44'46.70" 97°09'38.32"
 40. By arc centered at__________ 2,384,205 380,784 26°42'33.7" 97°19'23.0"
 to__________________________ 2,435,953 398,463 26°45'23.70" 97°09'50.30"

*838
_______________________________________________________________________________________________________________
 South Zone
 Course ____________________ Latitude Longitude
 x y
_______________________________________________________________________________________________________________
 41. By straight line to_________ 2,435,511 399,759 26°45'36.57" 97°09'55.03"
 42. By straight line to_________ 2,432,474 410,567 26°47'23.94" 97°10'27.28"
 43. By straight line to_________ 2,427,617 431,540 26°50'52.15" 97°11'18.47"
 44. By straight line to_________ 2,424,278 447,618 26°53'31.73" 97°11'53.51"
 45. By straight line to_________ 2,422,538 459,109 26°55'25.72" 97°12'11.42"
 46. By arc centered at__________ 2,368,469 450,923 26°54'09.8" 97°22'09.6"
 to__________________________ 2,422,177 461,213 26°55'46.59" 97°12'15.17"
 47. By straight line to_________ 2,421,519 468,580 26°56'11.43" 97°12'22.16"
 48. By arc centered at__________ 2,367,051 463,714 26°66'16.6" 97°22'24.0"
 to__________________________ 2,421,383 469,914 26°57'12.85" 97°12'22.95"
 49. By straight line to_________ 2,420,872 474,392 26°57'57.25" 97°12'28.09"
 50. By arc centered at__________ 2,366,540 468,192 26°57'01.0" 97°22'29.2"
 to__________________________ 2,420,613 476,347 26°58'16.64" 97°12'30.73"
 51. By straight line to_________ 2,419,889 487,832 27°00'10.46" 97°12'37.44"
 52. By straight line to_________ 2,419,593 493,822 27°01'09.82" 97°12'40.04"
 53. By straight line to_________ 2,419,571 498,661 27°01'57.74" 97°12'39.73"
 54. By arc centered at__________ 2,364,887 498,418 27°02'00.5" 97°22'44.5"
 to__________________________ 2,419,564 499,351 27°02'04.57" 97°12'39.74"
 55. By straight line to_________ 2,419,442 506,501 27°03'15.40" 97°12'40.28"
 56. By straight line to_________ 2,419,750 514,047 27°04'30.10" 97°12'36.02"
 57. By straight line to_________ 2,419,951 517,831 27°05'07.56" 97°12'33.36"
 58. By straight line to_________ 2,420,165 521,009 27°05'39.01" 97°12'30.64"
 59. By arc centered at__________ 2,365,603 524,676 27°06'20.5" 97°22'34.0"
 to__________________________ 2,420,260 522,916 27°05'57.88" 97°12'29.38"
 60. By straight line to_________ 2,420,367 526,247 27°06'30.86" 97°12'27.81"
 61. By straight line to_________ 2,421,336 538,406 27°08'31.18" 97°12'15.70"
 62. By arc centered at__________ 2,366,824 542,751 27°09'19.4" 97°22'18.7"
 to__________________________ 2,421,429 539,789 27°08'44.87" 97°12'14.52"
 63. By straight line to_________ 2,421,449 540,167 27°08'48.61" 97°12'14.25"
 64. By straight line to_________ 2,421,591 540,986 27°08°56.71" 97°12'12.59"
 65. By arc centered at__________ 2,367,705 550,301 27°10'34.1" 97°22'08.2"
 to__________________________ 2,422,109 544,769 27°09'34.13" 97°12'06.42"
 66. By straight line to_________ 2,422,522 548,828 27°10'14.28" 97°12'01.39"
 67. By straight line to_________ 2,422,909 550,953 27°10'35.28" 97°11'56.86"
 68. By arc centered at__________ 2,369,110 560,755 27°12'17.5" 97°21'51.6"
 to__________________________ 2,423,074 551,906 27°10'44.71" 97°11'54.92"
 69. By straight line to_________ 2,423,600 555,114 27°11'16.42" 97°11'48.73"
 70. By straight line to_________ 2,425,604 565,501 27°12'59.09" 97°11'25.35"
 71. By straight line to_________ 2,425,955 567,201 27°13'15.88" 97°11'21.27"
 72. By straight line to_________ 2,430,188 585,397 27°16'15.65" 97°10'32.26"
 73. By straight line to_________ 2,435,271 602,898 27°19'08.44" 97°09'33.87"
 74. By straight line to_________ 2,437,860 611,265 27°20'31.02" 97°09'04.17"
 75. By straight line to_________ 2,440,773 619,882 27°21'56.05" 97°08'30.84"
 76. By straight line to_________ 2,443,622 627,687 27°23'13.04" 97°07'58.31"
 77. By straight line to_________ 2,449,412 641,292 27°25'27.14" 97°06'52.41"
 78. By straight line to_________ 2,455,945 656,139 27°27'53.45" 97°05'38.08"
 79. By straight line to_________ 2,459,158 662,847 27°28'59.52" 97°05'01.59"
 80. By straight line to_________ 2,400,858 666,346 27°29'33.99" 97°04'42.27"
 81. By arc centered at__________ 2,419,058 701,605 27°35'27.6" 97°12'22.4"
 to__________________________ 2,468,926 679,163 27°31'40.01" 97°03'11.05"
 82. By straight line to_________ 2,473,113 688,467 27°33'11.66" 97°02'23.35"
 83. By arc centered at__________ 2,423,245 710,909 27°36'59.3" 97°11'34.8"
 to__________________________ 2,477,118 701,518 27°35'20.43" 97°01'37.17"

*839
_______________________________________________________________________________________________________________
 South Zone
 Course ____________________ Latitude Longitude
 x y
_______________________________________________________________________________________________________________
 84. By straight line to_________ 2,477,226 701,748 27°35'22.70" 97°01'35.93"
 85. By straight line to_________ 2,484,830 715,453 27°37'37.53" 97°00'09.62"
 86. By straight line to_________ 2,492,830 728,654 27°39'47.30" 96°58'38.91"
 87. By straight line to_________ 2,503,178 744,730 27°42'25.23" 96°56'41.63"
 88. By straight line to_________ 2,511,491 757,057 27°44'26.26" 96°55'07.44"
 89. By straight line to_________ 2,515,272 762,240 27°45'17.11" 96°54'24.63"
 90. By arc centered at__________ 2,471,092 794,467 27°50'41.5" 97°02'32.2"
 to__________________________ 2,522,680 776,327 27°47'35.66" 96°53'00.17"
 91. By straight line to_________ 2,523,498 778,651 27°47'58.57" 96°52'50.74"
 92. By straight line to_________ 2,523,986 779,631 27°48'08.21" 96°52'45.16"
 93. By straight line to_________ 2,526,031 782,992 27°48'41.29" 96°52'22.00"
 94. By straight line to_________ 2,535,804 796,133 ________________________ _________________________

_______________________________________________________________________________________________________________
 South Central Zone
 Course ____________________ Latitude Longitude
 x y
_______________________________________________________________________________________________________________
 (Repeating two courses)
 93. By straight line to_________ 2,687,786 -1,695 ________________________ ________________________
 94. By straight line to_________ 2,697,492 11,498 27°50'50.13" 96°50'31.25"
 95. By straight line to_________ 2,705,230 21,472 27°52'27.43" 96°49'03.01"
 96. By straight line to_________ 2,710,958 28,002 27°53'31.00" 96°47'57.84"
 97. By arc centered at__________ 2,669,848 64,063 27°59'35.4" 96°55'28.7"
 to__________________________ 2,712,719 30,115 27°53'51.59" 96°47'37.77"
 98. By straight line to_________ 2,714,852 32,807 27°54'17.84" 96°47'13.45"
 99. By straight line to_________ 2,720,377 38,910 27°55'17.21" 96°46'10.59"
 100. By straight line to_________ 2,724,705 43,579 27°56'02.60" 96°45'21.36"
 101. By straight line to_________ 2,727,377 46,418 27°56'30.20" 96°44'50.97"
 102. By arc centered at__________ 2,691,713 87,873 28°03'27.2" 96°51'20.0"
 to__________________________ 2,733,517 52,619 27°57'30.40" 96°43'41.20"
 103. By straight line to_________ 2,745,287 64,045 27°59'21.23" 96°41'27.48"
 104. By straight line to_________ 2,759,114 76,842 28°01'25.17" 96°38'50.43"
 105. By straight line to_________ 2,760,917 78,432 28°01'40.55" 96°38'29.96"
 106. By straight line to_________ 2,775,278 90,137 28°03'33.53" 96°35'47.09"
 107. By straight line to_________ 2,780,827 94,573 28°04'16.30" 96°34'44.15"
 108. By arc centered at__________ 2,746,685 137,290 28°11'26.0" 96°40'55.7"
 to__________________________ 2,782,550 96,009 28°04'30.16" 96°34'24.59"
 109. By straight line to_________ 2,783,852 97,140 28°04'41.08" 96°34'09.80"
 110. By straight line to_________ 2,791,476 102,789 28°05'35.43" 96°32'43.40"
 111. By straight line to_________ 2,800,074 109,137 28°06'36.47" 96°31'05.92"
 112. By straight line to_________ 2,807,482 114,230 28°07'25.32" 96°29'42.01"
 113. By straight line to_________ 2,814,202 118,283 28°08'04.00" 96°28'26.00"
 114. By arc centered at__________ 2,785,963 165,112 28°15'53.5" 96°33'30.4"
 to__________________________ 2,815,384 119,016 28°08'11.01" 96°28'12.63"
 115. By straight line to_________ 2,824,561 124,874 28°09'07.01" 96°26'28.73"
 116. By straight line to_________ 2,831,319 128,676 28°09'43.18" 96°25'12.32"
 117. By straight line to_________ 2,836,670 131,276 28°10'07.75" 96°24'11.92"
 118. By straight line to_________ 2,839,197 132,254 28°10'16.87" 96°23'43.45"
 119. By arc centered at__________ 2,819,460 183,253 28°18'46.0" 96°27'11.5"
 to__________________________ 2,840,053 132,594 28°10'20.04" 96°23'33.80"
 120. By straight line to_________ 2,844,564 134,428 28°10'37.20" 96°22'42.95"
 121. By straight line to_________ 2,846,278 135,087 28°10'43.34" 96°22'23.64"

*840
_______________________________________________________________________________________________________________
 South Central Zone
 Course ____________________ Latitude Longitude
 x y
_______________________________________________________________________________________________________________
 122. By arc centered at__________ 2,833,368 188,226 28°19'32.2" 96°24'34.7"
 to__________________________ 2,864,032 142,947 28°11'57.16" 96°19'03.31"
 123. By straight line to_________ 2,865,389 143,866 28°12'05.95" 96°18'47.92"
 124. By arc centered at__________ 2,834,725 189,145 28°19'41.0" 96°24'19.3"
 to__________________________ 2,879,517 157,775 28°14'20.38" 96°16'06.44"
 125. By straight line to_________ 2,880,106 158,616 28°14'28.57" 96°15'59.64"
 126. By arc centered at__________ 2,835,314 189,986 28°19'49.2" 96°24'12.5"
 to__________________________ 2,883,104 163,406 28°15'15.29" 96°15'24.87"
 127. By straight line to_________ 2,885,158 167,099 28°15'51.36" 96°15'00.94"
 128. By arc centered at__________ 2,837,368 193,679 28°20'25.3" 96°23'48.6"
 to__________________________ 2,886,819 170,332 28°16'22.99" 96°14'41.53"
 129. By straight line to_________ 2,890,783 177,022 28°17'28.27" 96°13'55.43"
 130. By arc centered at__________ 2,843,740 204,903 28°22'15.0" 96°22'34.5"
 to__________________________ 2,893,218 181,614 28°18'13.16" 96°13'26.99"
 131. By straight line to_________ 2,899,305 186,971 28°19'04.75" 96°12'17.48"
 131a. By straight line to________ 2,899,402 187,052 28°19'05.53" 96°12'16.38"
 132. By straight line to_________ 2,908,291 193,515 28°20'07.38" 96°10'35.21"
 133. By straight line to_________ 2,912,716 196,355 28°20'34.44" 96°09'44.93"
 134. By straight line to_________ 2,927,833 205,781 28°22'04.08" 96°06'53.21"
 135. By straight line to_________ 2,936,888 211,198 28°22'55.48" 96°05'10.38"
 136. By straight line to_________ 2,950,886 219,194 28°24'11.14" 96°02'31.45"
 137. By straight line to_________ 2,961,311 224,721 28°25'03.23" 96°00'33.18"
 138. By straight line to_________ 2,978,776 233,372 28°26'24.39" 95°57'15.13"
 139. By straight line to_________ 2,987,582 237,367 28°27'01.65" 95°55'35.35"
 140. By arc centered at__________ 2,964,991 287,167 28°35'20.4" 95°59'34.0"
 to__________________________ 2,988,795 237,935 28°27'06.96" 95°55'21.60"
 141. By straight line to_________ 2,998,740 242,743 28°27'51.95" 95°53'28.80"
 142. By straight line to_________ 3,002,406 244,493 28°28'08.31" 95°52'47.22"
 143. By straight line to_________ 3,005,833 246,002 28°28'22.33" 95°52'08.38"
 144. By arc centered at__________ 2,983,797 296,051 28°36'43.5" 95°56'00.5"
 to__________________________ 3,007,526 246,783 28°28'29.61" 95°51'49.18"
 145. By straight line to_________ 3,026,416 255,881 28°29'54.60" 95°48'14.81"
 146. By arc centered at__________ 3,002,687 305,149 28°38'08.6" 95°52'25.9"
 to__________________________ 3,028,326 256,847 28°30'03.64" 95°47'53.12"
 147. By straight line to_________ 3,047,657 267,108 28°31'39.91" 95°44'13.33"
 148. By arc centered at__________ 3,022,018 315,410 28°39'45.0" 95°48'45.9"
 to__________________________ 3,048,496 267,563 28°31'44.18" 95°44'03.79"
 149. By straight line to_________ 3,059,100 273,431 28°32'39.31" 95°42'03.10"
 150. By arc centered at__________ 3,032,622 321,278 28°40'40.2" 95°46'45.1"
 to__________________________ 3,060,936 274,494 28°32'49.32" 95°41'42.19"
 151. By straight line to_________ 3,078,889 285,359 28°34'31.79" 95°38'17.46"
 152. By arc centered at__________ 3,050,575 332,143 28°42'22.8" 95°43'20.2"
 to__________________________ 3,080,687 286,496 28°34'42.53" 95°37'56.93"
 153. By straight line to_________ 3,084,317 288,890 28°35'05.20" 95°37'15.45"
 154. By straight line to_________ 3,092,292 293,735 28°35'50.86" 95°35'44.46"
 155. By arc centered at__________ 3,063,896 340,470 28°43'41.5" 95°40'48.0"
 to__________________________ 3,092,642 293,950 28°35'52.89" 95°35'40.46"
 156. By straight line to_________ 3,110,764 305,148 28°37'38.45" 95°32'13.53"
 157. By arc centered at__________ 3,082,018 351,668 28°45'27.2" 95°37'20.9"
 to__________________________ 3,111,027 305,312 28°37'39.99" 95°32'10.52"
 158. By straight line to_________ 3,128,977 316,545 28°39'25.86" 95°28'45.39"
 159. By arc centered at__________ 3,099,968 362,901 28°47'13.2" 95°33'55.6"
 to__________________________ 3,129,951 317,169 28°39'31.75" 95°28'34.25"

*841
_______________________________________________________________________________________________________________
 South Central Zone
 Course ____________________ Latitude Longitude
 x y
_______________________________________________________________________________________________________________
 160. By straight line to_________ 3,152,081 331,678 28°41'48.68" 95°24'20.95"
 161. By arc centered at__________ 3,122,098 377,410 28°49'30.3" 95°29'42.1"
 to__________________________ 3,153,769 332,830 28°41'59.57" 95°24'01.60"
 162. By straight line to_________ 3,158,904 336,478 28°42'34.10" 95°23'02.71"
 163. By straight line to_________ 3,168,664 342,866 28°43'34.32" 95°21'10.91"
 164. By arc centered at__________ 3,138,717 388,622 28°51'16.3" 95°26'31.5"
 to__________________________ 3,172,530 345,644 28°44'00.62" 95°20'26.53"
 165. By straight line to_________ 3,177,771 349,049 28°44'32.69" 95°19'26.48"
 166. By arc centered at__________ 3,147,981 394,907 28°52'15.7" 95°24'45.2"
 to__________________________ 3,178,426 349,481 28°44'36.76" 95°19'18.98"
 167. By straight line to_________ 3,184,351 353,452 28°45'14.21" 95°18'11.04"
 168. By arc centered at__________ 3,153,906 398,878 28°52'53.2" 95°23'37.2"
 to__________________________ 3,185,298 354,101 28°45'20.34" 95°18'00.17"
 169. By straight line to_________ 3,196,291 361,808 28°46'33.16" 95°15'53.96"
 170. By arc centered at__________ 3,164,899 406,585 28°54'06.1" 95°21'30.9"
 to__________________________ 3,197,099 362,386 28°46'38.61" 95°15'44.67"
 171. By straight line to_________ 3,203,248 366,865 28°47'21.00" 95°14'33.99"
 171a.By straight line to_________ 3,203,445 366,995 28°47'22.22" 95°14'31.73"
 172. By straight line to_________ 3,205,264 368,190 28°47'33.46" 95°14'10.87"
 173. By arc centered at__________ 3,182,950 418,115 28°55'54.6" 95°18'03.8"
 to__________________________ 3,213,259 372,598 28°48'14.53" 95°12'39.45"
 174. By straight line to_________ 3,214,103 373,160 28°48'19.82" 95°12'29.76"
 175. By arc centered at__________ 3,183,794 418,677 28°55'59.9" 95°17'54.1"
 to__________________________ 3,230,736 390,625 28°51'07.29" 95°09'16.44"
 176. By straight line to_________ 3,240,421 399,503 28°52'31.99" 95°07'24.26"
 177. By straight line to_________ 3,258,176 414,679 28°54'56.30" 95°03'58.91"
 178. By straight line to_________ 3,262,578 418,206 28°55'29.73" 95°03'08.07"
 179. By straight line to_________ 3,266,484 420,949 28°55'55.57" 95°02'23.08"
 180. By arc centered at__________ 3,239,802 468,683 29°03'56.8" 95°07'05.4"
 to__________________________ 3,282,040 433,949 28°57'58.97" 94°59'23.10"
 181. By straight line to_________ 3,282,364 434,343 28°58'02.76" 94°59'19.30"
 182. By arc centered at__________ 3,240,126 469,077 29°04'00.6" 95°07'01.6"
 to__________________________ 3,290,005 446,661 29°00'02.05" 94°57'48.53"
 183. By straight line to_________ 3,296,652 452,104 29°00'53.63" 94°56'31.59"
 184. By straight line to_________ 3,302,419 456,606 29°01'36.20" 94°55'24.90"
 185. By straight line to_________ 3,315,160 466,352 29°03'08.22" 94°52'57.60"
 186. By straight line to_________ 3,320,930 470,564 29°03'47.89" 94°51'50.94"
 187. By straight line to_________ 3,328,195 475,602 29°04'35.19" 94°50'27.11"
 188. By straight line to_________ 3,342,587 484,679 29°05'59.91" 94°47'41.32"
 189. By arc centered at__________ 3,313,417 530,934 29°13'47.9" 94°52'51.6"
 to__________________________ 3,345,594 486,717 29°06'19.02" 94°47'06.62"
 190. By straight line to_________ 3,350,192 490,063 29°06'50.48" 94°46'13.45"
 191. By arc centered at__________ 3,318,015 534,280 29°14'19.4" 94°51'58.4"
 to__________________________ 3,351,664 491,173 29°07'00.94" 94°45'56.41"
 192. By straight line to_________ 3,366,438 502,706 29°08'49.73" 94°43'05.18"
 193. By straight line to_________ 3,373,759 508,167 29°09'41.10" 94°41'40.41"
 194. By arc centered at__________ 3,341,062 552,000 29°17'06.6" 94°47'31.2"
 to__________________________ 3,376,113 510,025 29°09'58.63" 94°41'13.09"
 195. By straight line to_________ 3,379,502 512,855 29°10'25.40" 94°40'33.71"
 196. By arc centered at__________ 3,344,451 554,830 29°17'33.4" 94°46'51.8"
 to__________________________ 3,382,463 515,517 29°10'50.64" 94°39'59.22"
 197. By straight line to_________ 3,385,938 518,877 29°11'22.61" 94°39'18.63"

*842
_______________________________________________________________________________________________________________
 South Central Zone
 Course ____________________ Latitude Longitude
 x y
_______________________________________________________________________________________________________________
 198. By arc centered at__________ 3,347,926 558,190 29°18'05.4" 94°46'11.2"
 to__________________________ 3,393,316 527,691 29°12'47.10" 94°37'51.73"
 199. By straight line to_________ 3,394,123 528,892 29°12'58.69" 94°37'42.12"
 200. By arc centered at__________ 3,348,733 559,391 29°18'17.0" 94°46'01.6"
 to__________________________ 3,399,047 537,969 29°14'26.68" 94°36'42.74"
 201. By straight line to_________ 3,399,847 539,848 29°14'44.97" 94°36'32.92"
 202. By arc centered at__________ 3,349,533 561,270 29°18'35.3" 94°45'51.8"
 to__________________________ 3,401,544 544,379 29°15'29.17" 94°36'11.86"
 203. By straight line to_________ 3,402,301 546,710 29°15'51.96" 94°36'02.32"
 204. By arc centered at__________ 3,350,290 563,601 29°18'58.1" 94°45'42.3"
 to__________________________ 3,404,498 556,395 29°17'26.97" 94°35'33.41"
 205. By straight line to_________ 3,404,679 557,758 29°17'40.38" 94°35'30.79"
 206. By straight line to_________ 3,405,303 558,363 29°17'46.13" 94°35'23.49"
 207. By straight line to_________ 3,407,136 559,951 29°18'01.16" 94°35'02.12"
 208. By straight line to_________ 3,409,314 561,570 29°18'16.36" 94°34'36.85"
 209. By straight line to_________ 3,413,751 564,517 29°18'43.86" 94°33'45.50"
 210. By straight line to_________ 3,421,690 569,297 29°19'28.16" 94°32'13.83"
 211. By straight line to_________ 3,429,293 573,476 29°20'06.63" 94°30'46.17"
 212. By straight line to_________ 3,447,430 582,437 29°21'28.35" 94°27'17.47"
 213. By straight line to_________ 3,466,717 591,592 29°22'51.47" 94°23'35.58"
 214. By arc centered at__________ 3,443,267 640,994 29°31'09.3" 94°27'38.8"
 to__________________________ 3,467,072 591,762 29°22'53.01" 94°23'31.50"
 215. By straight line to_________ 3,480,531 598,270 29°23'52.12" 94°20'56.55"
 216. By straight line to_________ 3,497,178 605,998 29°25'01.98" 94°17'44.98"
 217. By arc centered at__________ 3,474,153 655,599 29°33'21.8" 94°21'42.9"
 to__________________________ 3,497,492 606,145 29°25'03.31" 94°17'41.36"
 218. By straight line to_________ 3,512,863 613,399 29°26'08.92" 94°14'44.35"
 219. By arc centered at__________ 3,489,524 662,853 29°34'27.5" 94°18'45.7"
 to__________________________ 3,513,624 613,765 29°26'12.24" 94°14'35.58"
 220. By straight line to_________ 3,530,376 621,990 29°27'26.82" 94°11'22.44"
 221. By straight line to_________ 3,554,680 633,780 29°29'13.49" 94°06'42.17"
 222. By arc centered at__________ 3,530,811 682,981 29°37'30.0" 94°10'49.1"
 to__________________________ 3,555,470 634,171 29°29'17.03" 94°06'33.05"
 223. By straight line to_________ 3,571,673 642,357 29°30'31.26" 94°03'25.94"
 224. By straight line to_________ 3,579,924 646,355 29°31'07.35" 94°01'50.72"
 225. By arc centered at__________ 3,564,669 698,869 29°39'53.2" 94°04'18.2"
 to__________________________ 3,583,947 647,695 29°31'18.91" 94°01'04.58"
 226. By arc centered at__________ 3,570,700 700,751 29°40'09.3" 94°03'09.0"
 to__________________________ 3,583,971 647,701 29°31'18.96" 94°01'04.31"
 227. By arc centered at__________ 3,585,544 702,363 29°40'19.0" 94°00'20.1"
 to__________________________ 3,587,641 647,718 29°31'17.58" 94°00'22.79"
 228. By arc centered at__________ 3,588,465 702,397 29°40'18.1" 93°59'47.0"
 to__________________________ 3,597,166 648,409 29°31'20.37" 93°58'34.73"
 229. By arc centered at__________ 3,598,298 703,082 29°40'20.7" 93°57'55.3"
 to__________________________ 3,611,182 649,936 29°31'29.50" 93°55'55.45"
 230. By arc centered at__________ 3,616,758 704,337 29°40'25.2" 93°54'25.6"
 to__________________________ 3,617,980 649,666 29°31'23.90" 93°54'38.73"
 231. By straight line to_________ 3,622,052 649,757 29°31'23.04" 93°53'52.62"
 232. By straight line to_________ 3,628,661 649,851 29°31'21.11" 93°52'37.85"
 233. By arc centered at__________ 3,627,884 704,530 29°40'22.3" 93°52'19.5"
 to__________________________ 3,632,508 650,041 29°31'21.32" 93°51'54.24"
 234. By straight line to_________ 3,634,971 650,250 29°31'22.32" 93°51'26.29"

*843
_______________________________________________________________________________________________________________
 South Central Zone
 Course ____________________ Latitude Longitude
 x y
_______________________________________________________________________________________________________________
 235. By arc centered at__________ 3,630,347 704,739 29°40'23.3" 93°51'51.5"
 to__________________________ 3,651,368 654,256 29°31'54.77" 93°48'18.84"
 236. By straight line to_________ 3,653,430 655,115 29°32'02.36" 93°47'55.08"
 237. By arc centered at__________ 3,632,410 705,598 29°40'30.9" 93°51'27.7"
 to__________________________ 3,663,602 660,681 29°32'52.93" 93°45'57.22"
 238. By straight line to_________ 3,664,862 661,556 29°33'01.02" 93°45'42.53"
 239. By arc centered at__________ 3,633,670 706,473 29°40'39.0" 93°51'13.0"
 to__________________________ 3,677,669 674,000 29°34'58.40" 93°43'11.30"
 240. By straight line to_________ 3,678,810 675,546 29°35'13.18" 93°42'57.60"
 241. By arc centered at__________ 3,634,811 708,019 29°40'53.8" 93°50'59.3"
 to__________________________ 3,680,595 678,115 29°35'37.80" 93°42'36.08"
 242. By straight line to_________ 3,686,069 686,496 29°36'58.24" 93°41'29.83"
_______________________________________________________________________________________________________________

The State of Texas is not entitled to any interest in such lands, minerals or resources, and said State, its privies, assigns, lessees and other persons claiming under it are hereby enjoined from interfering with the rights of the United States in such lands, minerals and resources.
2. As against the United States, with the exceptions provided by § 5 of the Submerged Lands Act, 43 U. S. C. § 1313, the State of Texas is entitled to
(a) All the lands, minerals and other natural resources underlying the Gulf of Mexico, bounded on the south by the international boundary with Mexico and on the east by the western boundary of Louisiana and an extension thereof, that are within three geographical miles from the present or future coastline as referred to in § 2 (c) of the Submerged Lands Act, 43 U. S. C. § 1301 (c); and
(b) All the lands, minerals and other natural resources underlying the Gulf of Mexico, bounded on the south by the international boundary with Mexico and on the east by the western boundary of Louisiana and an extension thereof, less than three marine leagues gulfward from the present or future coastline as referred to in § 2 (c) of the Submerged Lands Act, 43 U. S. C. § 1301 (c), that are landward of the line described in paragraph 1 (b) hereof.
*844 3. As used herein
(a) "Geographical mile" means a distance of 1852 meters (6076.10333 . . . U. S. Survey Feet or approximately 6076.11549 International Feet);
(b) "Marine league" means a distance of three geographical miles;
(c) Plane coordinates refer to the Texas Coordinate Systems, South Zone or South Central Zone, as indicated.
(d) Latitudes and longitudes refer to the North American 1927 Datum.
(e) All distances referred to herein are expressed at grid scale, Texas Plane Coordinate Systems.
4. The Court retains jurisdiction to entertain such further proceedings, enter such orders, and issue such writs as may from time to time be deemed necessary or advisable to give proper force and effect to this decree, or to the decree of December 12, 1960, herein, or to effectuate the rights of the parties in the premises.
THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or formulation of this Supplemental Decree.